```
J. TONY SERRA #32639
SHARI L. GREENBERGER #180438
OMAR FIGUEROA #196650
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
REV. CHARLES EDWARD LEPP
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-0317 MHP |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO MODIFY TERMS OF PRETRIAL RELEASE TO ALLOW USE OF MEDICAL MARIJUANA |
| v. | |
| REV. CHARLES EDWARD LEPP, et al., | Date: May 31, 2005 |
| Defendants. | Time: 10:00 a.m. |
| _____/ | Dept: Judge Patel |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PRE-TRIAL SERVICES FOR THE NORTHERN DISTRICT OF CALIFORNIA:

    Defendant Rev. Edward Lepp, through counsel, will and hereby does move to modify terms of his pretrial release. Specifically, Rev. Lepp respectfully requests that he be allowed to use medical marijuana, which is essential to his health and well-being, while on pretrial release.

    This motion is based on the memorandum of points and authorities and declaration filed herewith, the files and records of the case, and such other evidence as may be presented at the hearing on this motion.

    Dated: May 16, 2005

                                            /s/ J. TONY SERRA
                                            J. TONY SERRA