J. TONY SERRA, SBN 32639
SHARI L. GREENBERGER, SBN 180438
506 Broadway
San Francisco CA 94133
Telephone 415/986-5591
sbrown@pier5law.com
shari@pier5law.com

Attorneys for Defendant
CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. REV. CHARLES EDWARD LEPP, et al. Defendants. | No. CR 04-317 MHP<br>DECLARATION OF REV. LEPP IN SUPPORT OF MOTION TO MODIFY TERMS OF PRE-TRIAL RELEASE TO ALLOW USE OF SACRAMENT PURSUANT TO THE RELIGIOUS FREEDOM RESTORATION ACT |

I, REV. CHARLES EDWARD LEPP, hereby declare:

1. I am the defendant in the en-captioned matter.

2. I am a practicing Rastafarian and am sincere in my religious beliefs.

3. I am a reverend and the founder and minister of Eddy's Medicinal Gardens and Multi-Denominational Ministry of Cannabis and Rastafari Ministry located in Lake County, California. I am a minister of the Rastafarian Faith. I have been a Rastafarian/Christian since 2000.

4. On or about May 10, 2004, Eddy's Medicinal Gardens and Multi-Denominational Ministry of Cannabis and Rastafari filed its corporate charter with the State of Nevada. See Exhibit A, Corporate Charter attached to motion.

5. In November 2000, I also obtained an honorary Doctor of Divinity Degree and Doctor of Metaphysics Degree from the Universal Life Church. As of October 27, 2000, I have been ordained all the rights and privileges to perform all duties of the Ministry by the Universal Life Church recognized by the State of California. In August 2001, the Universal Life Church also conferred upon me the Degree of Doctor of Religious Humanities. See Exhibit B, Universal Life Church certificates attached to motion.

6. As a religious sacrament, I use ganja or marijuana in the practice of my religion. The sacramental use of ganja in ceremonies is used to bring me and my ministry closer to the divinity and to enhance unity among believers. Marijuana - known as ganja in the language of the religion - operates as a sacrament with the power to raise the partakers above the mundane and to enhance their spiritual unity. The use of this sacrament is essential, necessary and a central component for the exercise and practice of my faith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 15, 2005, in Lake Co., California.

Rev Charles Lepp
REV. CHARLES EDWARD LEPP



SECRETARY OF STATE
ALL FOR OUR COUNTRY
STATE OF NEVADA

# CORPORATE CHARTER

I, DEAN HELLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that **EDDY'S MEDICINAL GARDENS AND MINISTRY OF CANNABIS AND RASTAFARI** did on **May 10, 2004** file in this office the original Articles of Incorporation; that said Articles are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office, in Carson City, Nevada, on **May 10, 2004.**

Dean Heller

DEAN HELLER
Secretary of State

By [signature]

Certification Clerk

EXHIBIT A



# Universal Life Church

601 - 3rd Street, Modesto, California

This is to certify that Charles E. Lepp has been awarded an honorary Doctor of Divinity Degree this day November 2nd 2000 by Universal Life Church, for meritorious recognition upon completion of a course of instruction in the principles of the Universal Life Church.

## Doctor of Divinity

Kirby J. Hensley, Founder
President 1959-1999

Lida G. Hensley, D.D. ,President

EXHIBIT B

# Universal Life Church

601 3RD ST., MODESTO, CALIF. 95351

*This is to certify that* **Charles E. Lepp** *has been*

*awarded a Doctor of Metaphysics Degree this*

*day* **November 2, 2000** *by*

*Universal Life Church for meritorious recognition upon*

*completion of a course of instruction in the principles of the*

*Universal Life Church*

## DOCTOR OF METAPHYSICS

Kirby J. Hensley, Founder
President 1959-1999

Lida G. Hensley, D.D. ,President

# Universal Life Church

Headquarters: 601 - 3rd Street, Modesto, California

Has Conferred On Charles E. Lepp The Degree

## Doctor of Religious Humanities

with all the rights and privileges thereunto appertaining.
In witness thereof this diploma is awarded by the regents upon the recommendation of the faculty.
signed and sealed on the 28th day of August, 2001

Kirby J. Hensley, Founder
President 1959-1999

Lida G. Hensley, D.D., President

Faculty Member

05/13/2005 14:27 FAX 2758879 LINDA SENTI ☑010
Case3:04-cr-00317-MHP Document49 Filed05/17/05 Page8 of 8

# Universal Life Church

601 3RD ST., MODESTO, CALIF. 95351

*This is to certify that the bearer hereof*

Charles E. Lepp

*has been ordained this day* October 27, 2000

*and has all rights and privileges to perform all duties of the Ministry.*

## CREDENTIALS OF MINISTRY

Kirby J. Hensley, Founder
President 1959-1999

Lida G. Hensley, D.D., President

