```
J. TONY SERRA #32639
SHARI L. GREENBERGER #180438
OMAR FIGUEROA #196650
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
REV. CHARLES EDWARD LEPP
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REV. CHARLES EDWARD LEPP, et al.,<br><br>    Defendants.<br>_____/ | CR 04-0317 MHP<br><br>STIPULATION AND ORDER<br><u>TO CHANGE COURT DATE</u><br><br>Date: July 5, 2005<br>Time: 10:00 a.m.<br>Judge Patel |

    For the convenience of all parties and to accommodate an evidentiary hearing wherein the testimony of at least four witnesses is expected, and for which more time than initially estimated will be needed:

    THE PARTIES HEREBY STIPULATE AND AGREE, to change the court date presently set for July 5, 2005, at 10:00 a.m., to July 8, 2005, at 10:00 a.m., before the Honorable Marilyn Hall Patel.

Dated: June 24, 2005                        Dated: June 24, 2005

  /s/ Dave Hall                           /s/ J. Tony Serra
DAVE HALL                                    J. TONY SERRA
Assistant U.S. Attorney              SHARI L. GREENBERGER
                                             OMAR FIGUEROA
                                             Attorneys for Defendant
                                             REV. CHARLES EDWARD LEPP

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

**ORDER**

GOOD CAUSE APPEARING, and on stipulation of the parties:

IT IS HEREBY ORDERED that the court date presently set for July 5, 2005, at 10:00 a.m., be continued to July 8, 2005, at 10:00 a.m.

July 1, 2005



_____
JUDGE MARILYN HALL PATEL
U.S. Magistrate Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | |
| 3 | The undersigned declares: |
| 4 | I am a citizen of the United States.  My business address |
| 5 | is 506 Broadway, San Francisco, California 94133.  I am over the |
| 6 | age of eighteen years and not a party to the within action. |
| 7 | On the date set forth below, I caused a true copy of the |
| 8 | within |
| 9 | STIPULATION AND ORDER TO CHANGE COURT DATE |
| 10 | |
| 11 | to be served on the following parties in the following manner: |
| 12 | Mail  XX    Overnight mail _____    Personal service _____    Fax _____ |
| 13 | David Hall, AUSA<br>U.S. Attorney's Office |
| 14 | 450 Golden Gate Ave, Box 36055<br>San Francisco, CA 94102 |
| 15 | |
| 16 | Victoria Gibson<br>U.S. Pretrial Services |
| 17 | 450 Golden Gate Ave, 18th Floor<br>San Francisco, CA 94102 |
| 18 | Harris Taback<br>139 Townsend St #201 |
| 19 | San Francisco, CA 94117<br>Attorney for Co-Defendant |
| 20 | |
| 21 | I declare under penalty of perjury that the foregoing is |
| 22 | true and correct, and that this declaration is executed on June |
| 23 | 24, 2005, at San Francisco, California. |
| 24 | |
| 25 | /s/ Zoray Kraemer |
| 26 | |
| 27 | |
| 28 | |

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331