```
J. TONY SERRA #32639
SHARI L. GREENBERGER #180438
OMAR FIGUEROA #196650
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
REV. CHARLES EDWARD LEPP
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>REV. CHARLES EDWARD LEPP, et al.,<br><br>    Defendants.<br>_____/ | CR 04-0317 MHP<br><br>STIPULATION AND ORDER<br><u>TO VACATE COURT DATE</u><br><br>Date: June 30, 2005<br>Time: 9:30 a.m.<br>Magistrate James |

THE PARTIES HEREBY STIPULATE AND AGREE to vacate the court date presently set for June 30, 2005, at 9:30 a.m. before Magistrate James.

This request is made because this specific issue to review testing conditions will be addressed by Judge Patel at the hearing currently scheduled for July 5, 2005.

Dated:                                              Dated:  June 20, 2005


____/S/_____          _____
DAVE HALL, AUSA                  J. TONY SERRA
                                 SHARI L. GREENBERGER
                                 OMAR FIGUEROA
                                 Attorneys for Defendant
                                 REV. CHARLES EDWARD LEPP

|   |   |   |
|---|---|---|
| 1 |  | ORDER |
| 2 | IT IS SO ORDERED: |  |
| 3 |  |  |
| 4 |  |  |
| 5 | DATED: July 5, 2005 | _____ |
|   |  | JUDGE MARIA E. JAMES |
| 6 |  | U.S. Magistrate Judge |

IT IS SO ORDERED

Magistrate Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|     |                                                                                   |
| --- | --------------------------------------------------------------------------------- |
| 1   | PROOF OF SERVICE                                                                  |
| 2   | The undersigned declares:                                                         |
| 3   | I am a citizen of the United States. My business address is                       |
| 4   | 506 Broadway, San Francisco, California 94133. I am over the age                  |
| 5   | of eighteen years and not a party to the within action.                           |
| 6   | On the date set forth below, I caused a true copy of the                          |
| 7   | within STIPULATION AND ORDER TO VACATE COURT DATE                                 |
| 9   | to be served on the following parties in the following manner:                    |
| 10  | Mail _X__ Overnight mail ___ Personal service ___ Fax ___                         |
| 11  | David Hall, AUSA                                                                  |
|     | U.S. Attorney's Office                                                            |
| 12  | 450 Golden Gate Ave, Box 36055                                                    |
|     | San Francisco, CA 94102                                                           |
| 14  | I declare under penalty of perjury that the foregoing is                          |
| 15  | true and correct, and that this declaration is executed on June                   |
| 16  | 21, 2005, at San Francisco, California.                                           |
| 18  | _____                                                    |