**FILED**

JUL 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REV. CHARLES EDWARD LEPP, et al.,<br><br>    Defendants.<br>_____/ | CR 04-0317 MHP<br><br>STIPULATION AND ORDER<br>TO CHANGE COURT DATE<br><br>Date: September 16, 2005<br>Time: 10:00 a.m.<br>Judge Patel |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing presently set for August 26, 2005, shall be continued to September 16, 2005, at 10:00 a.m., before the Honorable Marilyn Hall Patel. This change is based on the unavailability of defense expert Eugene Schoenfeld on August 26.

Dated: July 13, 2005


/s/ Dave Hall
DAVE HALL
Assistant U.S. Attorney

/s/ J. Tony Serra
J. TONY SERRA
Attorney for Defendant


**IT IS SO ORDERED.**

Dated: 7-20-05

_____
JUDGE MARILYN HALL PATEL
United States District Court