```
                                              FILED
                                              SEP 1 4 2005
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REV. CHARLES EDWARD LEPP, et al.,<br><br>    Defendants.<br>_____/ | CR 04-0317 MHP<br><br>STIPULATION AND ORDER<br>TO CHANGE COURT TIME<br><br>Date: September 16, 2005<br>Time: 10:00 a.m.<br>Judge Patel |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing presently set for September 16, 2005, at 10:00 a.m., before the Honorable Marilyn Hall Patel, be changed to 9:00 a.m. of that same date. By the nature of the hearing and motions which have been lodged with the court, all parties are seeking to commence proceedings at 9:00 a.m. instead of the currently scheduled 10:00 a.m. so that all of the issues may be adjudicated in the morning session of September 16, 2005, based on all the litigants availability.

Dated: September 12, 2005

/s/ Dave Hall
DAVE HALL
Assistant U.S. Attorney

/s/ J. Tony Serra
J. TONY SERRA
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: 9/14/05

_____
JUDGE MARILYN HALL PATEL
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

E-filing