**FILED**
OCT - 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  EUMI CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5        450 Golden Gate Avenue
         San Francisco, California 94102
6        415-436-7168
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )  No. CR 04-0317 MHP
                                   )  (San Francisco Venue)
                Plaintiff,         )
                                   )  MOTION REQUESTING AN
         v.                        )  EXTENSION OF RESPONSE TO
                                   )  DEFENDANT'S ~~MOTION~~ TO REPLACE
                                   )  DOCUMENTS; ~~(PROPOSED)~~ ORDER
CHARLES EDWARD LEPP,               )
                                   )
                Defendant.         )

The government hereby moves the Court to continue the date for its response to Defendant's Motion to Quash from September 30, 2005 to October 11, 2005 or other convenient date set by the Court for the filing of such response. Defense counsel Shari Greenberger and J. Tony Serra have agreed that the government may have this time to respond to their motion.

DATED: September 30, 2005          Respectfully stipulated and submitted,

                                   /s/ Dave Hall
                                   C. DAVID HALL
                                   Assistant United States Attorney

IT IS SO ORDERED:

_____  10/6/05
MARILYN HALL PATEL, UNITED STATES DISTRICT COURT JUDGE

MOTION AND [PROPOSED] ORDER TO CONTINUE