1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5         450 Golden Gate Avenue
          San Francisco, California 94102
6         415-436-7168
   Attorneys for Plaintiff
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   No. CR 04-0317 MHP
                                    )   (San Francisco Venue)
12              Plaintiff,          )
                                    )   STIPULATION REQUESTING AN
13         v.                       )   EXTENSION OF RESPONSE TO
                                    )   DEFENDANT'S MOTION TO REPLACE
14                                  )   DOCUMENTS; (PROPOSED) ORDER
   CHARLES EDWARD LEPP,             )
15                                  )
                Defendant.          )
16

17

18

19      The government and defense counsel met on October 7, 2005, and agreed that because of

20 pending plea negotiations the previously scheduled motion hearings for Defendant's Motions to

21 Quash and to Use Marijuana on Pretrial Release set for October 14, 2005 be vacated. The parties

22 request that the Court hold a status hearing for the case and pending motions at 10 a.m. on

23 October 14, 2005 for either setting of a resolution of the case or a resetting of the pending

24 motions. The parties have agreed that further filings with the Court regarding this motions be

25 suspended until further order of the Court. Defense counsel Harris Tayback, Omar Figeroa, Shari

26 Greenberger and government counsel have all agreed that this is the best course., and request the

27

28 MOTION AND [PROPOSED] ORDER TO CONTINUE

1 | Court to so order.

3 | DATED: October 11, 2005        Respectfully stipulated and submitted for all parties,

        C. DAVID HALL
        Assistant United States Attorney

8 | IT IS SO ORDERED:

                                10/17/05
10 | MARILYN HALL PATEL, UNITED STATES DISTRICT COURT JUDGE

28 | MOTION AND [PROPOSED] ORDER TO CONTINUE