UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

    Plaintiff,               CR 04-0317 MHP

    v.

REV. CHARLES EDWARD LEPP,      ORDER TO RELEASE PASSPORT

    Defendants.
_____/

    Pursuant to this Court's order of October 25, 2005, allowing defendant to travel outside the United States from November 18 to November 28, 2005,

    IT IS HEREBY ORDERED that the Clerk of the Court release Rev. Lepp's passport on November 17, 2005, and that said passport be re-surrendered to the Clerk on November 29, 2005.

Dated: 10/26/2005

_____
MARILYN H. PATEL
United States District Court Judge

*[Seal: United States District Court, Northern District of California — Judge Marilyn H. Patel]*

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331