# CRIMINAL MINUTES

## U.S. Chief Magistrate Judge James Larson

**Date:** November 9, 2005

**Case No.:** CR 04-0317 MHP

**Case Name:** USA v. Charles Lepp and Daniel Barnes

**Counsel Present:**    **Plaintiff**: David Hall

           **Defendant:** Shari Greenberger, Tony Serra, Harris Taback,

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a criminal settlement conference was held in the above-referenced case with the following outcome:

    \_\_\_\_\_    Settled

    \_\_\_\_\_    Partial settlement

    __X__    Did not settle

           Further settlement conference ordered:    \_\_\_\_\_

**Time: 1.5 hrs**

**Comments:**

*Venice E. Thomas* (signature)

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Tony Bowser