J. TONY SERRA #32639
SHARI L. GREENBERGER #180438
OMAR FIGUEROA #196650
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
REV. CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

REV. CHARLES EDWARD LEPP, et al.,

     Defendants.
_____/

CR 04-0317 MHP

NOTICE OF CO-HABITANT
CULTIVATION

    PLEASE TAKE NOTICE that defendant Rev. Charles Edward Lepp and Linda Senti are co-habitants of their residence located at 9176 Upper Lake Lucern, in Upper Lake, California. Ms. Senti intends to cultivate and use medical marijuana for her own personal use, which is essential to her health and well-being.

    Ms. Senti is a seriously-ill Californian qualified to possess and cultivate marijuana for her medical use under California's Compassionate Use Act of 1996 (codified as Cal. Health and Safety Code § 11362.5,) and California Senate Bill 420 (Cal. Health and Safety Code § 11362.7 et. seq.). Ms. Senti is a qualified medical marijuana patient in the State of California with a licensed physician's recommendation to use

1   cannabis for medical purposes.

2        Ms. Senti suffers from lung masses, cavitary lesions that

3   are consistent with extensive metastatic disease, and numerous

4   additional medical ailments. (*See* Exhibit, Imaging and Pathology

5   Reports.)

6        Rev. Edward Lepp will have no dominion, control, input or

7   influence of any kind over the cultivation of Ms. Senti's

8   medical marijuana, rendering him in compliance with all pre-

9   trial release conditions.

10       Dated:  January 20, 2006

11

12                              /s/ J. TONY SERRA
                           J. TONY SERRA
13                         SHARI L. GREENBERGER
                           OMAR FIGUEROA
14                         Attorneys for Defendant LEPP

15

16

17

18

19

20

21

22

23

24

25

26

27

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

28

2

<u>PROOF OF SERVICE</u>

The undersigned declares:

I am a citizen of the United States.  My business address is 506 Broadway, San Francisco, California 94133.  I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within NOTICE OF CO-HABITANT CULTIVATION to be served on the following parties by fax:

David Hall
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco CA 94102
fax: 436-7234

Victoria Gibson
U.S. Probation Office
450 Golden Gate Avenue
San Francisco CA 94102
fax: 436-7572

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on January 20, 2006, at San Francisco, California.

_____