FILED

JAN 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REV. CHARLES EDWARD LEPP, et al.,<br><br>    Defendants.<br>_____/ | CR 04-0317 MHP<br><br>STIPULATION AND ORDER TO VACATE COURT DATE AND TO SCHEDULE STATUS CONFERENCE<br>Date: January 26-27, 2006<br>Time: 2:30 p.m.<br>Judge Patel |

THE PARTIES HEREBY STIPULATE AND AGREE to vacate the motions hearing now scheduled for the date and time indicated above. This request is predicated on the need of defense counsel to move to withdraw, based upon lead counsel J. Tony Serra's pending unavailability. The parties wish to address this issue as soon as possible, and are available on either of the above indicated dates for a status conference, according to the Court's preference.

    Dated: January 20, 2006

/s/ DAVID HALL
DAVID HALL
Assistant U.S. Attorney

/s/ J. TONY SERRA
J. TONY SERRA
SHARI L. GREENBERGER
OMAR FIGUEROA
Attorneys for Defendant LEPP

/s/ HARRIS TABACK
HARRIS TABACK
Attorney for Defendant BARNES

1 | **IT IS HEREBY ORDERED** that the pending motions are taken off
2 | calendar and that this matter is scheduled for status on January
3 | 30, 2006 at ~~2:30 p.m.~~ 10:00 am
4 | Dated:
5 | 1/24/06
6 | MARILYN HALL PATEL, Judge
  | United States District Court