UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | | |
|---|---|---|
| CR 04-317 | MHP | USA -v- Lepp |
| C04-5401 | MHP | USA -v- Real Property and Improvements located at 941 and 975 East Highway 20, Upper Lake, CA et al |
| C05-897 | MHP | USA -v- Real Property and Improvements Located at 9175 and 9176 Upper Lake Lucerne Road, Upper Lake, CA |
| C06-4264 | VRW | Multi Denominational Ministry of Cannibis and Rastafari, Inc. et al -v- Alberto Gonzalez et al |

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

                C 06-4264 VRW IS

[X]    ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]    ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

                CR 04-0317 MHP, C 04-5401 MHP, and C 05-0897 MHP

[X]    ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials MHP immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: 7/18/2006

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED: July 19, 2006            By: Anthony W. Bowser
                                                     Deputy Clerk

Copies to:  Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program:
                    (date)