FILED

NOV - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | BARRY J. PORTMAN
Federal Public Defender
2 | SHAWN HALBERT
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700
Counsel for Defendant LEPP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 04-0317 MHP |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL AND |
| vs. | ) RELEASING PASSPORT |
| CHARLES EDWARD LEPP, | ) |
| Defendant. | ) |

**STIPULATION**

The undersigned parties stipulate as follows:

1. Defendant Charles Edward Lepp has requested permission to travel to Amsterdam, the Netherlands, from November 9, 2006 to November 30, 2006.

2. Mr. Lepp has requested and received such permission from this Court for similar travel to the Netherlands in 2004 and 2005.

3. The government does not object to Mr. Lepp's request for permission to travel to the Netherlands on the above dates.

4. Mr. Lepp's supervising pretrial services officer, Timothy Elder, does not object to allowing Mr. Lepp to travel to the Netherlands on the above dates, provided that Mr.

1

Lepp provides a detailed itinerary to Mr. Elder prior to departure, including airline and hotel information.

IT IS SO STIPULATED

Date: October 24, 2006

_____
SHAWN HALBERT
Assistant Federal Public Defender

Date: October 25, 2006

_____
DAVE HALL
Assistant United States Attorney

### [PROPOSED] ORDER

Upon request of defendant, and for good cause appearing, IT IS HEREBY ORDERED that Charles Edward Lepp shall be permitted to travel to Amsterdam, the Netherlands, from November 9, 2006 to November 30, 2006. IT IS FURTHER ORDERED that the Clerk of the Court release Mr. Lepp's passport on November 9, 2006 and that said passport be re-surrendered to the Clerk on December 1, 2006.

Dated: 11/9, 2006

_____
Honorable Marilyn Hall Patel
United States District Court Judge

2