BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Counsel for Defendant LEPP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-0317 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING JANUARY 9, 2007 HEARING DATE, SETTING STATUS DATE FOR JANUARY 22, 2007, AND EXCLUDING TIME |
| vs. | |
| CHARLES EDWARD LEPP, | |
| Defendant. | |

**STIPULATION**

The undersigned parties stipulate as follows:

1. Counsel for defendant Charles Edward Lepp and the government hereby jointly request that the January 9, 2007 evidentiary hearing date be vacated, to be re-set at a later date if necessary.

2. Defense counsel needs additional time to meet with her client on attorney-client related issues relating to the ongoing litigation of the criminal case, and the relationship between the criminal case and the pending civil cases, C 04-5401 and C 05-00897 (forfeiture) and C 06-4264.

3. The government has provided the defense with additional discovery. The defense is in

1

1  the process of reviewing the discovery.  The parties are continuing to meet and confer to
2  determine if there are any outstanding discovery issues.
3  4.  The parties request that the matter be set for a status and setting appearance on January
4  22, 2007 or any other date convenient to the Court.
5  5.  The parties agree that time up to January 22, 2007 will continue to be excluded from the
6  computation of time within which the trial of this matter must commence in light of
7  defendant's pending pretrial motions.  18 U.S.C. § 3161(h)(1).
8  IT IS SO STIPULATED

10  Date: December 29, 2006        /s/_____
                                   SHAWN HALBERT
11                                 Assistant Federal Public Defender

13  Date: December 29, 2006        /s/_____
                                   DAVE HALL
14                                 Assistant United States Attorney

17                              [PROPOSED] ORDER
18      For good cause appearing, IT IS HEREBY ORDERED that the evidentiary hearing date
19  currently set for January 9, 2007 be vacated, to be re-set for a later date if necessary.  IT IS
20  FURTHER ORDERED that time from January 9, 2007 to January 22, 2007 will continue to be
21  excluded from the computation of time within which the trial of this matter must commence in
22  light of defendant's pending pretrial motions.  18 U.S.C. § 3161(h)(1).

23  Dated:    Jan. 3, 2007

                                   _____
                                   Honorable Marilyn Hall Patel
26                                 United States District Court Judge

2