FILED

JAN 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD LEPP

    Defendant.

No. C 04-00317 MHP

**ORDER**

On January 22, 2007 defendant Lepp filed a Request for In Camera Hearing on Notice of Resignation of Public Defender, and Notice of RFRA Defense, and Request Assistance of Counsel. The court orders that this motion and any documents filed with it be unfiled and placed under seal.

IT IS SO ORDERED.

Dated: January 23, 2007

MARILYN HALL PATEL
United States District Court Judge
Northern District of California