SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7168

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR O4-0317 MHP |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO EXONERATE SURETY |
| v. | |
| CHARLES EDWARD LEPP, | |
| Defendant. | |

The United States at the request of the Court and surety, who is without counsel, moves this Court to exonerate real property previously posted by Lynette Shaw with the Court as a condition of the defendant's pretrial release in the above entitled action. The real property posted on behalf of the defendant is 132 Scenic Road, Fairfax, California, 94930, in the name of Lynette Shaw.

                                      Respectfully submitted,

                                      C. David Hall
                                      Assistant United States Attorney

EXONERATE SURETY
[04-0317] [MHP]

[~~PROPOSED~~] ORDER

Upon motion of the United States, it is hereby ordered that the real property at 132 Scenic Road, Fairfax, California, 94930, in the name of Lynette Shaw, is exonerated and the Clerk of this Court is to forthwith release any lien and interest to such real property.

Date: March 14, 2007

_____
MARIA ELENA-JAMES
United States Magistrate Court Judge



EXONERATE SURETY
[04-0317] [MHP]