1  MICHAEL L. HINCKLEY (CSBN 161645)
   LIDIA S. STIGLICH (CSBN 182100)
2  STIGLICH & HINCKLEY, LLP
   502 Seventh Street
3  San Francisco, California 94103
   Tel:    415-865-2539
4  Fax:   415-865-2538

5  Attorney for Defendant
   CHARLES EDWARD LEPP

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,              Case No. CR 05 00317 MHP

            Plaintiff,

12
            v.                             DEFENDANT'S REQUEST FOR RULING
13                                         ON MOTIONS; SUPPLEMENTAL
                                           POINTS AND AUTHORITIES
14 CHARLES EDWARD LEPP, et. al
                                           Date: May 30, 2007
15          Defendants.                    Time: 9:30 a.m.
                                           Courtroom: Hon. Marilyn Hall Patel
16 _____/

17    TO: SCOTT N. SCHOOLS, UNITED STATES ATTORNEY, ASSISTANT UNITED
      STATES ATTORNEY C. DAVID HALL AND THE CLERK OF THE COURT:
18
      Defendant CHARLES EDWARD LEPP, by and through his counsel Michael L.
19
   Hinckley, herein request the Court consider the attached Supplemental Points and Authorities in
20
   ruling on the previously filed and argued motions held in abeyance by the Court pending the
21
   Supreme Court's ruling in *Ashcroft v. Raich*.
22
   DATED:                                  Respectfully submitted,
23
24                                         STIGLICH & HINCKLEY, LLP

25
                                           /S/
26                                         _____
                                           MICHAEL L. HINCKLEY
27                                         Attorneys for Defendant
                                           CHARLES EDWARD LEPP
28

Law Offices          *U.S. v. CHARLES EDWARD LEPP*, CR 05-00317 MPH
Stiglich & Hinckley  REQUEST FOR RULING ON MOTIONS          -1-

MEMORANDUM OF POINTS AND AUTHORITIES

In a written Memorandum & Order dated February 8, 2005, this Court held that Reverend Eddy Lepp's remaining jurisdictional motions be held in abeyance pending the Supreme Court's ruling in *Ashcroft v. Raich*, 124 S.Ct. 2902, (2004).

The Supreme Court has since issued its decision in *Gonzales v. Raich*, 125 S.Ct. 2195 (2005), vacating and remanding the Ninth Circuit ruling in *Raich v. Ashcroft*, 353 F.3d 1222 (9th Cir. 2003).

Specifically, the Supreme Court disagreed with the Ninth Circuit's favorable ruling on Raich's claim that application of the Controlled Substance Act ("CSA") to persons growing, possessing, and/or using marijuana for medical purposes in a manner authorized under state law violates the commerce clause. Relying heavily on *Wickard v. Filburn*, 317 U.S. 111 (1942), the Supreme Court held application of the CSA to individuals such as Raich, was constitutional and did not violate the commerce clause.

The defense, of course, acknowledges *Gonzales v. Raich* is binding authority and, as such, will submit on the issue, save the following points: (1) the defense believes *Gonzales v. Raich* was wrongly decided and wishes to preserve the issue for potential subsequent review; (2) the defense wishes to include in the at-issue motions the charges added via Superseding Indictment subsequent to the filing of Mr. Lepp's initial brief and hearing; and (3) note that the factual characteristics analyzed in Raich's cases, while analogous to the case at bench, did not include an analysis of the application of the CSA to persons, like Reverend Lepp, who contend that they manufacture, possess, and use marijuana for religious purposes. The defense recognizes that Reverend Lepp's rights in this regard are specifically protected, and more appropriately addressed via the Religious Freedom Restoration Act [RFRA] defense which Reverend Lepp intends to present at trial.

///

///

///

CONCLUSION

For the foregoing reasons, with the Supplemental Points and Authorities filed herein, Reverend Lepp hereby submits the previously filed jurisdictional motions and requests a ruling.

DATED:                            Respectfully submitted,

STIGLICH & HINCKLEY, LLP

/S/
_____
MICHAEL L. HINCKLEY
Attorneys for Defendant
CHARLES EDWARD LEPP

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

I personally caused to be served a copy of the attached on the following:

>Dave Hall
>Assistant United States Attorney
>450 Golden Gate, 11th Floor
>San Francisco, CA 94102
>(415) 436-7234
>
>Harris B. Taback
>345 Franklin Street, Suite 102
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 4/30/07, at Walnut Creek, California.

/S/
_____
Michael L. Hinckley