MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:   415-865-2539
Fax:   415-865-2538

Attorney for Defendant
CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EDWARD LEPP, et. al<br><br>Defendants.<br>_____/ | Case No. CR 04 00317 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUING THE DATE<br>FOR FILING MOTIONS ONE WEEK |

    Defendant CHARLES EDWARD LEPP, by and through his counsel Michael L. Hinckley, and Assistant United States Attorney David C. Hall, hereby stipulate and agree to continue the date for filing of Defendant Lepp's motions one week.  Specifically, the parties stipulate that the date for filing Defendant Lepp's motions be continued from July 16, 2007, to July 23, 2007, with the date for filing the government's responsive pleadings continued from August 6, 2007 to August 13, 2007.  All previously scheduled dates, including the hearing date, to remain.

    This brief continuance is requested as additional time is needed to complete the defense pleadings due to the unexpected incapacitation of defense counsel this week, as the result of an injury to his lower back.

///

IT IS SO STIPULATED.

Dated: 7/13/07       /S/
_____
Lidia Stiglich for MICHAEL L. HINCKLEY
Attorney for Defendant
Charles Eddy Lepp

Dated: 7/13/07       /S/
_____
DAVID C. HALL
Assistant United States Attorney

## ORDER

Pursuant to stipulation, the previously scheduled date for filing of Defendant Lepp's motions is continued from July 16, 2007, to July 23, 2007, with the date for filing the government's responsive pleadings continued from August 6, 2007 to August 13, 2007. All previously scheduled dates, including the hearing date, to remain.

**IT IS SO ORDERED.**

Dated: July 17, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices
Stiglich & Hinckley

*U.S. v. CHARLES EDWARD LEPP*, CR 05-00317 MPH
STIPULATIONS [PROPOSED] ORDER RE CONTINUANCE      -3-