MICHAEL HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Telephone: (415) 865-2539
Fax: (415) 865-2538

Attorney for Defendant
CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES EDWARD LEPP,<br><br>    Defendant.<br>_____ / | Case No. CR 04 00317 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: REQUEST TO MODIFY<br>CONDITIONS OF PRETRIAL RELEASE<br>TO PERMIT TRAVEL |

Defendant CHARLES EDWARD LEPP, by and through his counsel MICHAEL HINCKLEY and Assistant United States Attorney DAVID HALL, hereby stipulate and agree that Mr. Lepp's pretrial release conditions may be modified to permit him to travel from his present residence in Upper Lake, California to Amsterdam, Netherlands from November 13, 2007 through December 1, 2007, so that he may attend an annual festival. As the court is aware, Mr. Lepp has attended this particular festival since his placement on pretrial release without incident.

///

///

///

It is further stipulated that, to facilitate this travel, his passport be returned to him. It is agreed that Mr. Lepp shall return his passport upon on his return to the USA on or before December 3, 2007.

IT IS SO STIPULATED.

Dated: 10/11/2007.

/s/
MICHAEL HINCKLEY
Attorney for Defendant
CHARLES EDWARD LEPP

Dated: 10/12/2007.

/s/
DAVID HALL
Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant CHARLES EDWARD LEPP's pretrial release conditions are modified to permit him to travel from his present residence in Upper Lake, California to Amsterdam, Netherlands from November 13, 2007 through December 1, 2007, so that he may attend an annual festival.

Further, his passport is to be returned to him forthwith. Mr. Lepp shall return his passport upon his return to the USA, on or before December 3, 2007.

**IT IS SO ORDERED.**

Dated: 10/19/2007.

Honorable
United State

IT IS SO ORDERED
Judge Marilyn H. Patel

## PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On September 12, 2007, I personally served via U.S. Mail a copy of the attached on the following:

>Office of Pretrial Services
>United States Courthouse
>450 Golden Gate Avenue
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/12/07, at Walnut Creek, California.

/s/
_____
Michael Hinckley

Law Offices Stiglich & Hinckley

Stip. & [Proposed] Order re Modify Conditions of Pretrial Release To Permit Travel.