SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7168

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHARLES EDWARD LEPP, ) <br> ) <br> Defendant. ) | No. CR 04-0317 MHP <br><br> MOTION HEARING CONTINUANCE STIPULATION AND <br> [PROPOSED] ORDER SETTING A NEW HEARING DATE |

     1. The parties stipulated and agreed prior to the December 12, 2007, motion hearing that because (1) the defendants have filed a new motion dealing with the same facts as the motion to suppress and (2) and the government has not had an opportunity to respond because less than one week has passed since the filing and government counsel had a medical procedure on one of the those days, and (3) a witness for the government will be unavailable on December 12, the motion hearing date should be continued to January 16, 2008 at 9 a.m.  The parties further stipulated and agreed that the ends of justice are served by the Court granting the above schedule so that continuity of all counsel can be maintained, and all counsel can further prepare themselves and their arguments.  All parties ask that the Court find that this interest of justice outweighs the interest of the public and the defendants in a speedy trial, in accordance with Title 18, Sections

MOTION             1

1 | 3161(h)(1)(I) and (8)(A), and B(iv),.
2 |     2. Accordingly, the United States and the defendant asked the Court to order that the
3 | time from December 12, 2007 to January 16, 2008 at 9 a.m. be excluded under the Speedy Trial
4 | Act.

DATED:  December 7, 2007.

                            Respectfully submitted,

                            SCOTT N. SCHOOLS
                            United States Attorney

                                /s/
                            C. DAVID HALL
                            Assistant United States Attorney

                                /s/
                            MICHAEL HINCKLEY
                            Attornet for Mr. Lepp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-0317 MHP |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | (PROPOSED) ORDER |
| CHARLES EDWARD LEPP, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, the Court finds that:

1. The ends of justice are served by the granting of the continuance of hearing date to January 16, 2008 at 9 a.m. The Court finds that such continuance is necessary so that the parties so that the government can respond to a related newly filed motion, all witnesses can be present, continuity of counsel is maintained, and counsel can prepare. This outweighs the interest of the public and the defendants in a speedy trial, in accordance with 18 U.S.C. §3161(h)(8)(A), (B)(iv).

2. The Court therefore finds the period from December 12, 2007 to January 16, 2008, is excluded from speedy trial calculations within the meaning of 18, U.S.C., Sections 3161(h)(1)(I)

[PROPOSED] ORDER

1  and 3161(h)(8), subsections (A) and (B)(iv).

3  SO ORDERED.

5  DATED: __12/7____, 2007

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2

[PROPOSED] ORDER