MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:   415-865-2539
Fax:   415-865-2538

Attorneys for Defendant
CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EDWARD LEPP, et. al<br><br>Defendants.<br>_____/ | Case No. CR 04 00317 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUING THE MAY 28,<br>2008, RFRA HEARING DATE |

Defendant CHARLES EDWARD LEPP, by and through his counsel Michael L. Hinckley, and Assistant United States Attorney David C. Hall, hereby stipulate and agree to continue the date previously set for hearing on the religious defense due to unavailability of necessary witness on the date currently set. Specifically, expert Lindsey Herbert of U.C. Berkeley, defendant's expert on the Rastafarian religion is unavailable the week of the hearing due to an annual commitment at a religious conference in South America. Moreover, as a result of her participation in a different conference in Monterey, California, Ms. Herbert has recently been unavailable to assist counsel in the preparation of the pleadings and declarations in this matter. Accordingly, Mr. Lepp requests a continuance so Ms. Herbert's expertise may be

///

///

1  utilized in the preparation of the briefings, and so that the matter may be set on a date in which
2  she is available.
3       As previously discussed, defense counsel is unavailable during the months of June and
4  July due to their involvement in two back to back trial matters.  In those matters the same
5  defendant is scheduled for trial first in the Eastern District, followed by a trial in San Francisco
6  Superior Court.  Accordingly, the parties stipulate that hearing date be continued from May 28,
7  2008, to August 7, 2008, at 2:30 p.m. the parties further stipulate that August 7, 2008 shall serve
8  as the date for the pre-trial conference, and the hearing date on any other outstanding *in limine*
9  motions.  Pursuant to this stipulation, the parties agree that all motions will be filed
10 simultaneously along with supportive declarations on July 10, 2008, with responsive pleadings,
11 if any, due on July 24, 2008.

13       IT IS SO STIPULATED.

15 Dated:  5/05/08 .                    /S/ Michael Hinckley
                                         MICHAEL L. HINCKLEY
16                                       Attorney for Defendant
                                         Charles Eddy Lepp

19 Dated:  5/05/08 .                    /S/ David Hall
                                         DAVID C. HALL
20                                       Assistant United States Attorney

26
27 ///
   ///
   ///
28

1

**ORDER**

2

3      Pursuant to stipulation, IT IS ORDERED that the hearing date presently scheduled for

4  May 28, 2008, at 2:30 p.m., is continued to August 7, 2008, at 2:30 p.m. It is further ordered that

5  August 7, 2008 shall serve as the pre-trial conference date, as well as the hearing date on any

6  other outstanding *in limine* motions. All motions shall be filed simultaneously along with

7  supportive declarations on July 10, 2008. Responsive pleadings, if any, shall be filed by July 24,

8  2008.

**IT IS SO ORDERED.**

9

10

11  Dated:  5/6/2008            .



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28