MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:    415-865-2539
Fax:    415-865-2538

Attorneys for Defendant
CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>CHARLES EDWARD LEPP, et. al<br><br>                  Defendants.<br>_____/ | Case No. CR 04 00317 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUING SENTENCING |

        Defendant CHARLES EDWARD LEPP, by and through his counsel Michael L.

Hinckley, and Assistant United States Attorney David C. Hall, hereby stipulate and agree to

continue the date previously set for sentencing from December 1, 2008 at 9:00 a.m. to February

23, 2009 at 9:00 a.m.  Good cause exists for the requested continuance in that: 1) Mr. Lepp is in

need of surgery on his rectum, with the first available date with the VA being January 5, 2009.

The surgery has been scheduled.  The requested continuance will enable him to have the surgery

and recover prior to sentencing; 2) Mr. Lepp is in the final stages of a multi-stage dental work

process which will be completed by the date requested; and 3) the additional time is need to

complete the 5C1.2(a)(5) procedure prior to sentencing.

        Probation Officer Christina Carrubba does not object to this request.

///

1      IT IS SO STIPULATED.

2

3   Dated:        11/4/08       .      /S/ Michael Hinckley

4                                    MICHAEL L. HINCKLEY
Attorney for Defendant
Charles Eddy Lepp

5

6

7   Dated:        11/4/08       .      /S/ David Hall

8                                      DAVID C. HALL
Assistant United States Attorney

9

10

11

12                          **ORDER**

13      Pursuant to stipulation, IT IS ORDERED that the date for sentencing date presently

14 scheduled for December 1, 2008 at 9:00 a.m. is continued to February 23, 2009 at 9:00 a.m.

15    **IT IS SO ORDERED.**

16

17   Dated:  11/14/2008     .

18

19

20

21

22

23

24

25

26

27

28