MICHAEL L. HINCKLEY (CSBN: 161645)
STIGLICH & HINCKLEY, LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 04-00317 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: REQUEST TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL |
| vs. | |
| CHARLES EDWARD LEPP, | |
| Defendant. | |

Defendant CHARLES EDWARD LEPP, by and through his counsel Michael L. Hinckley and Assistant United States Attorney David Hall, hereby stipulate and agree that Mr. Lepp's release conditions may be modified to permit him to travel from his present residence in Upper Lake, California to New York City, New York on November 27, 2008 and return on December 2, 2008.

IT IS SO STIPULATED.

Dated: 11/20/2008 .         /s/Michael L. Hinckley
                            MICHAEL L. HINCKLEY
                            Attorney for Defendant
                            CHARLES EDWARD LEPP

Dated: 11/20/2008 .         /s/David Hall
                            DAVID HALL
                            Assistant United States Attorney

- 1 -

**ORDER**

Pursuant to stipulation, Defendant CHARLES EDWARD LEPP's, release conditions may be modified to permit him to travel from his present residence in Upper Lake, California to New York City, New York on November 27, 2008 and return on December 2, 2008 so that he may attend and speak at a conference.

**IT IS SO ORDERED.**

Dated: 11/21/2008 .



HON
United
Judge Marilyn H. Patel

IT IS SO ORDERED