1  MICHAEL L. HINCKLEY (CSBN 161645)
   LIDIA S. STIGLICH (CSBN 182100)
2  STIGLICH & HINCKLEY, LLP
   502 Seventh Street
3  San Francisco, California 94103
   Tel:    415-865-2539
4  Fax:    415-865-2538

5  Attorneys for Defendant
   CHARLES EDWARD LEPP

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10                                              04
   UNITED STATES OF AMERICA,          Case No. CR 05 00317 MHP
11
             Plaintiff,
12
          v.                          STIPULATION AND [PROPOSED]
13                                    ORDER RE PERMIT TRAVEL
   CHARLES EDWARD LEPP, et. al
14
             Defendants.
15
   _____/
16
        Defendant CHARLES EDWARD LEPP, by and through his counsel Michael L. Hinckley, and Assistant United States Attorney David C. Hall, hereby stipulate and agree that Mr. Lepp's pretrial release conditions be modified such that he be permitted to travel to attend and speak at a glass convention in Las Vegas, Nevada. Specifically, it is stipulated that Mr. Lepp may travel from his home to Las Vegas, Nevada on March 17, 2009, returning on or before March 23, 2009.

///

///

///

IT IS SO STIPULATED.

Dated: 3/9/09 .   /S/ Michael Hinckley
MICHAEL L. HINCKLEY
Attorney for Defendant
Charles Eddy Lepp

Dated: 3/9/09 .   /S/ David Hall
DAVID C. HALL
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS ORDERED that Mr. Lepp may travel from his home in Upper Lake, California to Las Vegas, Nevada on March 17, 2009, returning home on or before March 23, 2009.

**IT IS SO ORDERED.**

Dated: 3/10/2009 .

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On 3/9/09, I personally served via U.S. Mail a copy of the attached on the following:

      **Tim Elder**
      Pretrial Services Officer
      San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/9/09, at Walnut Creek, California.

Dated: 3/9/2009                          /S/ Michael Hinckley
                                                    MICHAEL L. HINCKLEY
                                                    Attorney for Defendant