MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:   415-865-2539
Fax:   415-865-2538

Attorneys for Defendant
CHARLES EDWARD LEPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 04 00317 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE CONTINUING SENTENCING |
| CHARLES EDWARD LEPP, et. al | |
| Defendants. / | |

Defendant CHARLES EDWARD LEPP, by and through his counsel Michael L. Hinckley, and Assistant United States Attorney David C. Hall, hereby stipulate and agree to continue the sentencing date in the above entitled matter from April 27, 2009 at 9:00 a.m. to May 18, 2009 at 9:00 a.m. or to a date that is convenient to the Court.  Good cause exists for granting this brief continuance in that the additional time is necessary to complete the 5C1.2(a)(5) safety valve interview/evaluation process as well as the presentence report.  Specifically, government counsel is currently involved in a jury trial, the probation officer is currently involved in a training, and defense counsel's firm completed a lengthy felony jury trial this week.

The Probation officer concurs with this request.

IT IS SO STIPULATED.

Dated:   4/16/09   .                            /S/ Michael Hinckley
                                                                         MICHAEL L. HINCKLEY
                                                                         Attorney for Defendant, Charles Eddy Lepp

1  Dated: 4/16/09 .            /S/ David Hall
2                              DAVID C. HALL
                               Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant Eddy Lepp's sentencing hearing is hereby continued from April 27, 2009 at 9:00 a.m. to May 18, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 4/21/2009 .

IT IS SO ORDERED
Judge Marilyn H. Patel