# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: May 18, 2009

Case No. CR 04-0317 MHP          Judge: MARILYN H. PATEL

Title: UNITED STATES -v- CHARLES E. LEPP (b):

Attorneys:  Plf: C. David Hall
            Dft: Michael Hinkley

Deputy Clerk: Anthony Bowser   Court Reporter: Jim Yeomans   USPO: Christine Carruba

## PROCEEDINGS

1) Judgment & Sentencing

## ORDERED AFTER HEARING:

Defendant present in court; Counsel submit after further discussion of Pre Sentence Report; Court adopts findings of fact and guideline calculations; Defendant sentenced as follows:

> Custody of BOP for ten (10) years; Five (5) years TSR with standard and special conditions of release as listed in Judgment & Commitment Order; Fine waived; S/A of $200; Court recommends camp-type facility, with appropriate drug treatment program;

Counsel submit after further discussion of Voluntary Surrender request of defendant; Court grants conditional voluntary dismissal to 7/6/2009; Govt to submit proffers re violations proffered;

FILED MAY 19 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA