FILED
APR 08 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 04-317 WHA

Honorable Judge William Alsup,

I am writing on behalf of Eddy Lepp. Eddy was arrested on August 18, 2004 when in Lake County when DEA agents raided his medical farm and seized over 32,000 plants. Eddy asserts the plants belonged to a group of 3,000 patients. I believe that it is wrong for Eddy to be detained for this.

Marijuana is grown in large amounts so that when dispensaries are supplied, the product can come from one safe place. Dispensaries are a way to make the purchasing of medical cannabis to patients of all ages & backgrounds a safe experience. To further this safe process, a collective should be allowed so that the process can be safer, cleaner, & regulated. When farms like Eddy's are ripped apart & the people involved are arrested, then the notion for secret, unknown factored grow places can is supported. When unregulated places are growing the medicine for medicinal dispensaries, then the patients are at risk at consuming medicine from an unknown origin.

Regulation of medicinal grow spots is not the only issue at hand here. As well is the ever-present point of Federal/State funds. The amount of money used to fund DEA agents salary for the raid, the courts,

the jails, is money that needs to be allocated to other areas of our hurting economy, & this society. Instead of attacking farms, the government should pour that money back into the schools that are cutting programs, back into healthcare for the people who cannot afford it, & back into the troops overseas who are always in need of better protection. Furthermore, the amount of money that comes from medicinal marijuana is a 100 million dollar business. When people like Eddy are arrested, the government is litterally taking away its own money.

 I hope I have been clear about my stance on Eddy Lepp's situation. His incarceration promotes unsafe & unregulated medicine grow points, takes money away from the government that should be used in other areas of the economy, & eliminates out the idea of money coming in in the future. Please hear what I am saying, & out of principle rethink the case of Eddy Lepp

Indigo Montoya

P.O. Box 309
5111 Telegraph Ave
Oakland, CA 94609

CR04-0317 WHA



Honorable Judge William Alsup
450 Golden Gate Ave
San Francisco, CA 94102

**FILED**

APR  8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410233661