April 20th 2013
Dave the Man
Occupy Oakland/ws
P.O. Box 309
5111 Telegraph ave
Oakland, CA.
94609

the Honorable Judge William Alsup
450 Golden Gate Ave
San Francisco, CA
94102

Dear Honorable Judge William Alsup

Please release charles "Eddy" Lepp have mercy on this poor old Man God will reward your forgiveness by forgiving you

yours truly Dave the Man

Dave the Man
P.O. Box 309
5111 Telegraph ave
Oakland, CA
94609

CR04-0317 WHA

FILED
MAY 16 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

the Honorable Judge William Alsup
450 GoldenGate Ave
San Francisco, CA. 94102