IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00317 WHA |
| Plaintiff, | |
| v. | **ORDER RE RECENTLY RECEIVED LETTER** |
| CHARLES LEPP, | |
| Defendant. | |

The Court is in receipt of a letter from defendant Charles Lepp stating that he has not received a response to his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines and did not have an opportunity to respond to the government's opposition to that motion. An order dated December 10, 2014, denied defendant's motion because he is not eligible for a sentence reduction, having been sentenced pursuant to a statutory mandatory minimum. **THE CLERK SHALL PLEASE** mail a copy of the order denying defendant's motion (Dkt. No. 467), along with a copy of this order to defendant.

**IT IS SO ORDERED.**

Dated: October 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE