IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00317 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR RECONSIDERATION** |
| CHARLES LEPP, | |
| Defendant. | |

The Court has received a motion to reconsider defendant's earlier motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. An order dated December 10, 2014, denied defendant's motion because he is not eligible for a sentence reduction, having been sentenced pursuant to a statutory mandatory minimum which could not be displaced by Amendment 782 (Dkt. No. 467). Defendant's motion does not offer any basis for reconsidering that conclusion. Defendant's motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE