IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00317 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR EARLY TERMINATION** |
| CHARLES LEPP, | |
| Defendant. | |

*Pro se* defendant Charles Lepp has submitted a motion seeking to terminate his supervised release. He has not, however, noticed the motion for a hearing as required by Criminal Local Rule 47-2, and has omitted other critical information from his motion such as when his supervised release began.

Lepp may resubmit his motion, properly noticed for hearing, and including, in concise terms, why he believes he is entitled to early termination of supervised release under 18 U.S.C. 3583(e).

**IT IS SO ORDERED.**

Dated: August 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE