Name: charles edward lepp

Address: 2120 H St. # 1
~~Sacramento, CA 95816~~

Phone Number: 530.648.6004

E-mail Address: ~~Heidig311@gmail.com~~

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES | ) Case Number: 4-cr-00317 |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | ) DATE: |
| charles edward lepp | ) TIME: |
| | ) COURTROOM: |
| | ) JUDGE: |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: August 20, 2017.

William Alsup

United States District/Magistrate Judge