IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES LEPP,<br><br>Defendant.<br>_____ / | No. CR 04-00317 WHA<br><br>**ORDER TO REGISTER AS A DRUG OFFENDER** |

*Pro se* defendant Charles Lepp has refused to register as a drug offender, arguing that he is not required to do so under California law, which exempts from registration requirements offenses that, though punishable under federal law, would not have been punishable under California law (Dkt. 479-1 ¶ 3; Cal. Health & Safety Code § 11590(b)). The California Compassionate Care Act exempts from prosecution "primary caregiver[s] who possess or cultivate[] marijuana for the personal medical purposes of the patient upon the written or oral recommendation or approval of a physician." Cal. Health & Safety Code § 11362.5(d). Therefore, a defendant who came within the requirements of Section 11362.5 would not be required to register as a drug offender, even if they had, through the same conduct, violated federal law.

To qualify as a primary caregiver, however, one must have been "designated [as such] by a qualified patient or by a person with an identification card" and "consistently assumed responsibility for the housing, health, or safety of that patient or person." Cal. Health & Safety Code § 11362.7 "[A] defendant asserting primary caregiver status must prove at a minimum

that he or she (1) consistently provided caregiving, (2) independent of any assistance in taking medical marijuana, (3) at or before the time he or she assumed responsibility for assisting with medical marijuana." *People v. Mentch*, 45 Cal. 4th 274, 283 (2008) *as modified* (Dec. 17, 2008).

Defendant has made no such showing. He merely asserts that he was cultivating marijuana for 2,500 people, each of whom "possessed a valid medical recommendation from a physician" (Dkt. No. 479-1 ¶ 2). This is not enough to meet the standard set forth in *Mentch*, and does not exempt defendant from registration.

Pursuant to the terms of the judgment against him (Dkt. No. 278 at 4), defendant **SHALL REGISTER** as a drug offender no later than **OCTOBER 2, 2017**.

**IT IS SO ORDERED.**

Dated: September 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE